**SOUTHWEST METALSMITHS, INC.,**
**an Arizona Corporation,**
**Plaintiff—Appellee,**

v.

**LUMBERMENS MUTUAL CASUALTY**
**COMPANY, Defendant—Appellant,**

and

**American Manufacturers Mutual**
**Insurance Company, a foreign**
**corporation, Defendant.**

**No. 02–15732, 02–17098.**
**D.C. No. CV–00–01453–JAT.**

United States Court of Appeals,
Ninth Circuit.

April 1, 2004.

Jack R. Cunningham, Esq., William F. Begley, Esq., William F. Haug, Esq., Jennings, Haug & Cunningham, LLP, Phoenix, AZ, for Plaintiff–Appellee.

Paul S. White, Esq., Rina Carmel, Esq., Tressler, Soderstrom, Maloney & Priess, Los Angeles, CA, for Defendant–Appellant.

Edward Glady, Jr., Esq., Shughart, Thomson & Kilroy PC, Phoenix, AZ, for Defendant–Appellant and Defendant.

Before: O'SCANNLAIN, HAWKINS, and FISHER, Circuit Judges.

ORDER

The parties having reached a settlement, these appeals are dismissed with each party to bear its own costs. The Memorandum disposition filed on January 8, 2004 is withdrawn and Appellant's Petition for Rehearing En Banc is moot. A certified copy of this Order shall constitute the mandate of this court.